156 F.3d 1224
 Odell Ashford, Jr.
v.
Officer Gadley, Corrections Officer, Sgt. Wertz, Officer
McDannell, Capt. Neiswonger, Ivory Barnett, Hearing
Examiner, Marilyn S. Brooks, Deputy Superintendent, Bruce T.
Marquardt, Dep. Superintendent, Robert J. Boch, Program Mgr,
Edward T. Brennan, Superintendent, Mark E. Guzzi, Asst.
Counsel, Robert Bitner, Dir.- Hearing Div., Martin F. Horn
 NO. 97-3683
 United States Court of Appeals,
Third Circuit.
 May 18, 1998
 Appeal From: W.D.Pa. ,No.96201
 
 1
 Appeal Dismissed.